## AFFIDAVIT OF BRENDAN C. FOGERTY

I, Brendan C. Fogerty, do hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been employed as a Special Agent of the FBI since September 2014. I am currently assigned to the FBI Boston Division, Violent Crime Task Force/Bank Robbery Task Force. From September 2014 to January 2015, I attended the FBI Academy at Quantico, Virginia. While at the academy, I conducted 100 hours of investigative training, 90 hours of legal training, and 33 hours of evidence preservation training. I conducted 121 hours of practical applications training, which combined tactical, investigative, legal, evidence preservation, and interviewing in various scenarios.

2. As a Special Agent with the Violent Crimes Task Force, I have responded to several bank robberies. I have also received specialized training regarding investigative techniques, evidence collection, and evidence preservation.

3. I am aware that 18 U.S.C. § 2113(a) makes it a crime for anyone by force and violence, or by intimidation, to take, or attempt to take, from the person or presence of another, any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any federally insured bank.

4. I make this affidavit in support of a criminal complaint charging Thomas W. Nee ("Nee"), DOB xx/xx/1971, with the bank robbery of the branch of Randolph Savings Bank located at 19 School Street, Boston, MA 02108 on May 22, 2017. On May 22, 2017, this bank was insured by the Federal Deposit Insurance Corporation.

5. The facts stated herein are known to me through the investigation and through observations made by others with whom I have communicated. This affidavit does not contain

all the facts known to me, just those that are sufficient to establish probable cause that the above mentioned bank robbery was committed by Thomas W. Nee.

## The Robbery

6. On May 22, 2017, at approximately 3:15 p.m., an individual entered the Randolph Savings Bank located at 19 School Street, Boston, MA 02108. The individual presented a teller with a note that read: THIS IS A ROBBERY GIVE ME ALL 100's 50's 20's "NO DYE PACK." The teller gave the individual $5,010 in U.S. currency. The individual left the bank. The teller retained the note.

7. The teller was interviewed after the robbery. The teller described the individual as a white male, approximately 50 years old, 170 lbs, with a medium build. The teller said the individual wore a navy blue baseball hat and a gray, hooded, zip-up sweatshirt.

8. Bank surveillance cameras were functioning and operating on the date of the robbery. The cameras captured images of the individual as he entered the bank, interacted with the teller, and then left the bank. The images show that the individual was a white male wearing a dark colored baseball cap; a gray, hooded, zipped-up sweatshirt; light blue jeans; and sneakers.

## Nee's Confession

9. After the robbery, the Boston Regional Intelligence Center circulated an "Identification Wanted" flyer containing surveillance photos from the May 22, 2017, bank robbery.

10. Brookline Police Detective Matthew McDonnell saw the flyer and recognized the individual in the photos as Thomas W. Nee. Detective McDonnell had been involved in a 2012 arrest of Nee for shoplifting at a Best Buy in Boston. I was notified of the identification.

11. On June 12, 2017, members of the Boston Police Fugitive Unit arrested Nee on an outstanding warrant issued out of Suffolk Superior Court for a probation violation. Nee was arrested near Fenway Park and brought to the D-4 Boston Police Department station on Harrison Avenue.

12. Boston Police Officers notified me of the arrest and I went to the station to speak with Nee. After Nee signed a *Miranda* waiver, he confessed to the May 22, 2017 robbery. Nee also confessed to additional robberies. I have knowledge of evidence corroborating the confession. Nee's confession was audio- and video-recorded.

### Conclusion

13. Based on the foregoing, I have probable cause to believe that Thomas W. Nee robbed the Randolph Savings Bank branch located at 19 School Street, Boston, MA 02108, on May 22, 2017, in violation of 18 U.S.C. § 2113(a).

_____
Brendan C. Fogerty
Special Agent, FBI

Sworn and subscribed to before me this 13th day of June, 2017.

_____
HON. JENNIFER C. BOAL
Chief United States Magistrate Judge

3